**John Barhoum, OSB No. 045150**
Email: john.barhoum@chockbarhoum.com
**Jessica Lancaster, OSB No. 134151**
Email: jessica.lancaster@chockbarhoum.com
**Ashleigh Edwards, OSB No. 154656**
Email: ashleigh.edwards@chockbarhoum.com
Chock Barhoum LLP
121 SW Morrison St., Suite 500
Portland, OR 97204
Telephone: 503.223.3000

Attorneys for Defendant Walmart Stores, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| JULIA WORKMAN,<br><br>Plaintiff,<br><br>v.<br><br>WALMART STORES INC.,<br><br>Defendant. | Case No. 6:22-cv-00876<br><br>**DEFENDANT WALMART STORES, INC.'S NOTICE OF REMOVAL**<br><br>**JURY TRIAL REQUESTED** |

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. § 1441, § 1446 and § 1332(a), Defendant Walmart Stores, Inc.'s (hereinafter "Defendant") removes this action from the Circuit Court of the State of Oregon for the County of Linn to the United States District Court of Oregon, Eugene Division. The grounds for removal of this action are:

## RELEVANT FACTS

On May 13, 2022, Plaintiff filed a Complaint in the Circuit Court of Linn County, Oregon. Copies of the Summons and Complaint are attached hereto as Exhibits A and B, respectively. *See* Declaration of Jessica Lancaster (hereinafter "Lancaster Dec."), ¶2.  On May 26, 2022, Plaintiff served Walmart Stores, Inc. with a Summons and Complaint captioned *Workman v. Walmart Stores, Inc.*, Case No. 22CV15928, filed in the Circuit Court for the State of Oregon for the County of Linn, State of Oregon. *See* Lancaster Dec., ¶3, Ex. C.  These documents, taken together, constitute all process, pleadings and orders served on Walmart Stores, Inc. in that action up to the present date.  Lancaster Dec., ¶4.

## GROUNDS FOR REMOVAL

Pursuant to 28 U.S.C. § 1441(a), a defendant may remove an action filed in the state court to the United States District Court if the district court has diversity jurisdiction over the action. This action is one over which the district court has diversity jurisdiction under 28 U.S.C. § 1332(a)(1).  The grounds for removal of this action are:

1.  Plaintiff's principle claims for relief against the defendants exceed $75,000. Plaintiff seeks damages of $350,000.  Complaint ¶11.

2.  Plaintiff and defendant are residents of different states.  On information and belief, Plaintiff is a resident of Oregon. *See* Lancaster Dec., ¶5.  Walmart Stores, Inc. is a Delaware corporation with its principal place of business in Bentonville, Arkansas.  Lancaster Dec., ¶6. Therefore, the United States District Court has diversity jurisdiction pursuant to 28 U.S.C. § 1332(a)(1).

3.  This Notice of Removal is timely pursuant to 28 U.S.C. § 1446(b), as less than 30

days have elapsed since copies of the Summons and Complaint were served on Walmart Stores, Inc. A copy of the Service of Process/Declaration of Service is attached to the Lancaster Dec. as Ex. C.

4.  No further proceedings have occurred in the Circuit Court of the State of Oregon for the County of Linn as of the date of this removal other than outlined herein.

5.  Counsel for Walmart Stores, Inc. will file a copy of this Notice of Removal with the Clerk of the Circuit Court of the State of Oregon for the County of Linn and will give notice of the same to Plaintiff as required by 28 U.S.C. § 1446(d).

WHEREFORE, Defendant Walmart Stores, Inc. prays that this action be removed from the Circuit Court for the State of Oregon for the County of Linn and placed on the docket of the United States District Court for the District of Oregon in the Eugene Division.

DATED this 16th day of June, 2022.

**CHOCK BARHOUM LLP**

_____
John R. Barhoum, OSB No. 045150
Email: john.barhoum@chockbarhoum.com
Jessica Lancaster, OSB No. 134151
Email: jessica.lancaster@chockbarhoum.com
Ashleigh Edwards, OSB No. 154656
Email: ashleigh.edwards@chockbarhoum.com
    Attorneys for Defendant Walmart Stores, Inc.

**John Barhoum, OSB No. 045150**
Email: john.barhoum@chockbarhoum.com
**Jessica Lancaster, OSB No. 134151**
Email: jessica.lancaster@chockbarhoum.com
**Ashleigh Edwards, OSB No. 154656**
Email: ashleigh.edwards@chockbarhoum.com
Chock Barhoum LLP
121 SW Morrison St., Suite 500
Portland, OR  97204
Telephone: 503.223.3000

    Attorneys for Defendant Walmart Stores, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| JULIA WORKMAN, | Case No. 6:22-cv-00876 |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| WALMART STORES INC., | |
| Defendant. | |

    I hereby certify that on the 16th day of June, 2022, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing to all registered individuals.  Additionally, I hereby certify that a true copy of the foregoing

/ / /

Page 1    CERTIFICATE OF SERVICE

WAL077.0358

**DEFENDANT WALMART STORES, INC.'S NOTICE OF REMOVAL** was served as stated below on:

| | |
|---|---|
| S. Matthew Lind<br>OlsenDaines, PC<br>3995 Hagers Grove Road SE<br>Salem, OR 97317<br>   *Attorneys for JULIA WORKMAN,*<br>   *Attorneys for Plaintiff* | ☐ By hand delivery<br>☑ By first-class mail*<br>☐ By overnight mail<br>☐ By facsimile transmission:<br>   Fax #:<br>☑ By e-mail:<br>   mlind@olsendaines.com<br><br>☑ By U.S. District Court CM/ECF e-filing service to registered parties |

**\***With first-class postage prepaid and deposited in Portland, Oregon.

DATED this 16th day of June, 2022.

                              **CHOCK BARHOUM LLP**

                              */s/ John R. Barhoum*

                              John R. Barhoum, OSB No. 045150
                              Email: john.barhoum@chockbarhoum.com
                              Jessica Lancaster, OSB No. 134151
                              Email: jessica.lancaster@chockbarhoum.com
                              Ashleigh Edwards, OSB No. 154656
                              Email: ashleigh.edwards@chockbarhoum.com
                                  Attorneys for Defendant Walmart Stores, Inc.